UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 25-256 JMB/EMB

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMIIR MAWLID ALI,<br><br>Defendant. | **INDICTMENT**<br><br>18 U.S.C. § 922(o)(1)<br>18 U.S.C. § 924(a)(2)<br>18 U.S.C. § 924(d)(1)<br>26 U.S.C. § 5845(b)<br>28 U.S.C. § 2461(c) |

THE UNITED STATES GRAND JURY CHARGES THAT:

**COUNT 1**
(Unlawful Possession of a Machinegun)

On or about June 3, 2025, in the State and District of Minnesota, the defendant,

**AMIIR MAWLID ALI,**

did knowingly possess a machinegun, namely a Glock model 29gen5 10mm semi-automatic pistol bearing serial number CENM539, equipped with an attached machinegun conversion device, commonly known as a "switch" or "auto-sear," enabling it to be fired as a fully automatic weapon by a single function of the trigger, knowing it had characteristics that made it a machinegun as defined by Title 26, United States Code, Section 5845(b); all in violation of Title 18, United States Code, Sections 922(o)(1) and 924(a)(2).

SCANNED
JUL 01 2025
U.S. DISTRICT COURT MPLS

**FORFEITURE ALLEGATION**

As a result of the offenses alleged in Count 1 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation. If any of the above-described property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

As a result of the offenses alleged in Count 1 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearms, accessories (including any magazines, switches, conversion devices, auto sears, and other firearms parts), and ammunition, involved in or used in the offenses alleged, including, but not limited to, a Glock model 29gen5 10mm semi-automatic pistol bearing serial number CENM539, magazine, and any ammunition seized therewith.

*United States v. Amiir Mawlid Ali*

A TRUE BILL

ACTING UNITED STATES ATTORNEY

FOREPERSON