UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-256 (JMB/EMB)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S |
| | ) | UNOPPOSED MOTION TO |
| | ) | EXTEND TIME TO FILE |
| | ) | BRIEF |
| | ) | |
| AMIIR MAWLID ALI, | ) | |
| | ) | |
| Defendant. | ) | |

## **GOVERNMENT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE BRIEF**

The United States of America by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and Assistant United States Attorney Albania Concepcion, and David L. Jaffe, Chief of the Violent Crime and Racketeering Section of the Department of Justice, and Trial Attorney Alexandra Swain, hereby respectfully asks this Court to extend the deadline to file its brief to midnight April 8, 2026.

On April 3, 2026 the Court ordered additional briefing regarding Government's Exhibits 26 and 27. The Defendant's brief is due April 7, 2026 at 11am and the United States' response is due April 8, 2026 at 11am. ECF No. 86. The attorneys for the United States who will be filing the brief have prior scheduled meetings and hearings between now and the deadline set by the Court. The additional time is necessary to fully brief the issue before the

Court and reasonable given the Defendant had more than 3 days to file his brief. The parties have conferred and the Defendant does not oppose this motion.

Accordingly, the United States respectfully asks this Court to amend its order, ECF No. 86, to make the deadline to file its brief midnight April 8, 2026.

Dated: April 7, 2026                    Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

/s/ *Alexandra Swain*
Alexandra P. Swain
Trial Attorney
Violent Crimes and Racketeering
Section; U.S. Department of Justice

/s/ *Albania Concepcion*
ALBANIA CONCEPCION
Assistant United States Attorney
United States Attorneys' Office
District of Minnesota