**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# CRIMINAL JURY TRIAL

UNITED STATES OF AMERICA,

Plaintiff,

v.

AMIIR MAWLID ALI,

Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Jeffrey M. Bryan
U.S. District Judge

| | |
|---|---|
| Case No: | 25-CR-00256 JMB/EMB |
| Date: | April 14, 2026 |
| Court Reporter: | Nancy Meyer |
| Courthouse: | St. Paul |
| Courtroom: | 3B |
| Time Commenced: | 9:09 a.m. – 10:20 a.m.<br>10:38 a.m. – 12:18 p.m.<br>1:30 p.m. – 3:05 p.m.<br>3:27 p.m. – 4:37 p.m. |
| Time Concluded: | 4:37 p.m. |
| Time in Court: | 5 hours 36 minutes |

APPEARANCES:

Plaintiff: Albania Concepcion, Alexandra Swain, United States Attorney's Office
Defendant: Eric Nelson, Julia Forbes, Halberg Criminal Defense ☒ Retained

PROCEEDINGS:

x **Jury Trial – Continued (Trial Day 2).**
x Plaintiff's Witnesses: Mohamud Jama (continued), Alex Bjostad, Andrew Griffith.
x Plaintiff rests.
x Defendant moves for a judgment of acquittal; motion denied.
x Trial Continued to April 15, 2026 at 9:00 a.m. in Courtroom 3B.
x Defendant remanded to the custody of the USMS.

s/G. Bendickson
Courtroom Deputy