# United States District Court

DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA<br>v.<br>AMIIR MAWLID ALI | | GOVERNMENT'S EXHIBIT LIST<br><br>Criminal No. 25-256 (JMB/EMB) |
|---|---|---|
| PRESIDING JUDGE<br><br>The Honorable Jeffrey M. Bryan<br>District Judge | PLAINTIFF'S ATTORNEY<br><br>Alexandra Swain<br>Trial Attorney<br><br>Albania Concepcion<br>Assistant United States Attorney | DEFENDANT'S ATTORNEY<br><br>Eric J. Nelson, Esq.<br>Julia Ann Forbes, Esq. |
| HEARING DATE(S)<br><br>April 13, 2026 | COURT REPORTER<br><br>Nancy Meyer | COURTROOM DEPUTY<br><br>Ginny L. Bendickson |

| PLF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| 1 | | | X | Map - East 27th Street and Bloomington Avenue Corridor |
| 2 | | | X | Squad Video - Minneapolis Police Department Squad 482, 06-03-2025, 15:43:32 - 15:44:35 |
| 3 | | | X | Body Worn Camera - Minneapolis Police Officer Mohamud Jama, 06-03-2025, 15:44:29 to 15:45:38 |
| 4 | | | X | Body Worn Camera - Minneapolis Police Officer Matthew Olson, 06-03-2025, 15:44:43 to 15:54:21 |
| 5 | | | X | Body Worn Camera - Minneapolis Police Officer Mohamud Jama, 06-03-2025, 15:52:31 to 15:53:32 |
| 6 | | | X | Body Worn Camera - Minneapolis Police Officer Mohamud Jama, 06-03-2025, 15:54:09 to 15:54:53 |
| 7 | | | X | Screenshots (3) - Body Worn Camera of Minneapolis Police Officer Mohamud Jama, 06-03-2025, 15:54:09 to 15:54:53 |
| 8 | | | X | Body Worn Camera - Minneapolis Police Officer Mohamud Jama, 06-03-2025, 15:54:59 to 11:55:20 |
| 9 | | | X | Body Worn Camera - Minneapolis Police Officer Mohamud Jama, 06-03-2025, 15:55:43 to 15:56:16 |
| 10 | | | X | Body Worn Camera - Minneapolis Police Officer Mohamud Jama, 06-03-2025, 15:56:42 to 15:56:49 |
| 11 | | | X | Body Worn Camera - Minneapolis Police Officer Mohamud Jama, 06-03-2025, 15:57:30 to 16:00:47 |

| PLF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| 12 | | | X | Body Worn Camera - Minneapolis Police Officer Mohamud Jama, 06-03-2025, 16:00:47 to 16:01:05 |
| 13 | | | X | Screenshots (3) - Body Worn Camera of Minneapolis Police Officer Mohamud Jama, 06-03-2025, 16:00:47 to 16:01:05 |
| 14 | | | X | Body Worn Camera - Minneapolis Police Officer Mohamud Jama, 06-03-2025, 16:01:55 to 16:02:43 |
| 15 | | | X | Photos (3) – Glock 29 GEN 5, 10mm semi-automatic pistol, S/N CENM539 and Magazine |
| 16 | | | X | Glock 29 GEN 5, 10mm semi-automatic pistol, S/N CENM539 - MPD Item No. MP321583-2 |
| 17 | | | X | Magazine from Glock 29 GEN 5, 10mm semi-automatic pistol - MPD Item No. MP321583-3 |
| 18 | | | X | Live Round from Chamber of Glock 29 GEN 5, 10mm semi-automatic pistol - MPD Item No. MP321583-4 |
| 19 | | | X | Rounds (33) from Magazine of Glock 29 GEN 5, 10mm semi-automatic pistol - MPD Item No. MP321583-5 |
| 20 | | | X | Photos (19) - Firearm, Magazine, Switch, and Rounds |
| 21 | | | X | DNA Swab - Textured Area of Glock Pistol - MPD Item No. MP321588-1 |
| 22 | | | X | DNA Swab - Auto-Switch Component of Glock Pistol - MPD Item No. MP321588-2 |
| 23 | | | X | DNA Swab - Glock Magazine Top / Kriss Extender Buttons - MPD Item No. MP321588-3 |
| 24 | | | X | DNA Swab - One (1) 10mm Live Cartridge - MPD Item No. MP321588-4 |
| 25 | | | X | DNA Swab - Amiir M. Ali, MPD Item No. MP321664-1 |
| 26A | | | | Recorded Call from Amiir Ali – June 2025 |
| 26B | | | | Recorded Call from Amiir Ali – June 2025 |
| 27A | | | | Recorded Call from Amiir Ali – June 8, 2025, 15:12 pm |
| 27B | | | | Recorded Call from Amiir Ali – June 8, 2025, 15:12 pm |
| 27C | | | | Certificate of Authenticity - Recorded Call from Amir Ali |
| 28 | | | X | Body Worn Camera – Minneapolis Police Office Matthew Olson, 06-03-2025, 16:00:45 to 16:01:24 |

| PLF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| 29 | | | X | Screenshot (1) – Body Worn Camera of Minneapolis Police Officer Matthew Olson, 06-03-2025, 16:00:45 to 16:01:24 |
| 30 | | | X | Photos (16) - ATF Firearms & Ammunition Technology Division, Technical Examination, Case No. 25-11653 |
| 31 | | | X | ATF Firearms & Ammunition Technology Division, Field Response Branch - Test Fire, Case No. 25-1165 |
| 32 | | | X | BCA Lab Report (DNA) - S25-08123 |
| 33 | | | X | ATF Firearms & Ammunition Technology Division, Field Response Branch, Report of Technical Examination – Case No. 25-11653 |
| 34 | | | X | Squad Video – Minneapolis Police Department Squad 482, 06-03-2025, 15:54:44 – 15:58:39 |
| 35 | | | X | Squad Video – Minneapolis Police Department Squad 482, 06-03-2025, 15:58:52 – 16:00:28 |
| 36 | | | X | Squad Video – Minneapolis Police Department Squad 482, 06-03-2025, 16:01:25 – 16:02:21 |
| 37 | | | X | Photos (3) – Glock 29 GEN 5, 10mm semi-automatic pistol, S/N CENM539 and Magazine |
| | | | | |
| | | | | |