# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,

     Plaintiff,

v.

Amiir Mawlid Ali,

     Defendant.

Case No. 25-CR-0256 (JMB/EMB)

**VERDICT FORM**

### *Question 1*

As to Count 1 of the Indictment, unlawful possession of a machinegun, we, the Jury, unanimously find Amiir Mawlid Ali __GUILTY__ (write *GUILTY* or *NOT GUILTY*).

Dated: APRIL 15th, 2026

SIGNATURE REDACTED

1

SCANNED
APR 1 6 2026
U.S. DISTRICT COURT ST. PAUL